IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YOLANDA NICOLE SMITH				PLAINTIFF

v.			CASE NO. 4:19-CV-00273 BSM

Social Security Administration				DEFENDANT

## ORDER

After *de novo* review, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 10] is adopted, the motion to dismiss [Doc. No. 8] is granted, and Yolanda Smith's case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of August 2019.

_____
UNITED STATES DISTRICT JUDGE